In the Matter of the Accounting of ANNA RYAN et al., as Executors of and Trustees under the Will of EUGENE J. FLOOD, Deceased.

ANNA RYAN et al., as Executors and Trustees, Appellants; SUSIE E. MURRAY et al., Respondents.

(Argued March 17, 1930; decided March 25, 1930.)

*Arthur T. O'Leary* for motion.
*Matthew J. Wheelehan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.